IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHEILA SMITH * CIVIL NO. CCB-13-1282
    Vs *
 *
NATIONAL CREDIT ADJUSTERS, LLC *

ORDER OF DEFAULT

It appearing from the records and/or affidavit of Plaintiff that the Complaint and Summon were properly served upon the above name defendant on May 9, 2013 ; and that the time for said defendant to plead or otherwise defend expired on May 30, 2013 and that said defendant have failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure. Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by said defendant is entered this 30th day of September, 2013.

       FELICIA CANNON, CLERK OF COURT

By:   /s/
  Martina Smith
   Deputy Clerk