**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Sheila Smith, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:13-cv-01282-CCB |
| v. | : |
| National Credit Adjusters, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Sheila Smith ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed without prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within forty-five (45) days, said dismissal shall be with prejudice.

Dated: November 7, 2013

                                            Respectfully submitted,

                                            PLAINTIFF, Sheila Smith

                                            By:   /s/Sergei Lemberg
                                                Sergei Lemberg, Esq.
                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/Sergei Lemberg
Sergei Lemberg